1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SAMANTHA SCHOTT (NYBN 5132063)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        samantha.schott@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 19-70832 MAG |
| Plaintiff, | ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1** |
| v. | ) ) ) | |
| BRIAN PAUL MORALES, | ) ) | |
| Defendant. | ) ) ) ) | Current Date: August 2, 2019 at 10:30 A.M. Proposed Date: August 9, 2019 at 10:30 A.M. |

On June 21, 2019, the defendant appeared before the Court for status hearing. A further status hearing on preliminary hearing/arraignment is currently scheduled for August 9, 2019. The government is in the process of producing discovery materials at the defendant's request, pursuant to a protective order, and defense counsel needs to review these materials with the defendant. The parties are further engaged in ongoing pre-indictment negotiations in an attempt to reach a prompt resolution. The parties are therefore requesting that the status regarding preliminary hearing or arraignment be rescheduled to August 9, 2019, at 10:30 A.M. to allow for effective preparation of counsel.

The parties are further requesting that the time between August 2, 2019, and August 9, 2019, be

excluded from the speedy trial clock. The parties agree that the additional time is necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See id.*

The parties further submit that good cause exists for extending the time limits for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b). The defendant consents to the extension of time.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED: July 23, 2019                    Respectfully Submitted,

                                         DAVID L. ANDERSON
                                         United States Attorney

                                         /s/ Samantha Schott
                                         SAMANTHA SCHOTT
                                         Assistant United States Attorney

                                         /s/ Joyce Leavitt
                                         JOYCE LEAVITT
                                         Attorneys for Brian Paul Morales

STIPULATION AND PROPOSED ORDER
CASE NO. 19-70832 MAG

1 **[PROPOSED] ORDER**

2   The status hearing currently scheduled for defendant Brian Paul Morales for August 2, 2019, is
3 rescheduled for August 9, 2019, at 10:30 A.M.

4   The Court further finds that the exclusion of time from August 2, 2019, through and including
5 August 9, 2019, is warranted and that the ends of justice served by the continuance outweigh the best
6 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to
7 grant the requested continuance would deny effective preparation of counsel and would result in a
8 miscarriage of justice. 18 U.S.C. § 3161 (h)(7)(B)(iv).

9   The Court further finds good cause for extending the time limits for a preliminary hearing under
10 Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an indictment
11 under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

12   IT IS SO ORDERED.

14 DATED: __JULY 23, 2019__   _____
   HON. THOMAS S. HIXSON
15 United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 19-70832 MAG